# SCHEDULE A

<u>MDL-1742 -- In re Ortho Evra Products Liability Litigation</u>

      District of New Jersey

*Lydia M. Lilly v. Johnson & Johnson, et al.*, C.A. No. 2:05-4313
*Jessie M. D'Amato v. Johnson & Johnson, et al.*, C.A. No. 2:05-5241
*Brian P. Leitheiser, etc. v. Johnson & Johnson, et al.*, C.A. No. 2:05-5413
*Shannon Marie Stoedter v. Johnson & Johnson, et al.*, C.A. No. 2:05-5501
*Jessica Debra Kingston v. Johnson & Johnson, et al.*, C.A. No. 2:05-5502

      Eastern District of New York

*Joan Petrella, et al. v. Ortho-McNeil Pharmacuetical, Inc., et al.*, C.A. No. 1:05-3953

      Southern District of New York

*Ellen Stewart, etc. v. Ortho-McNeil Pharmacuetical, Inc., et al.*, C.A. No. 1:05-7171

      Western District of North Carolina

*Melanie Coleman, et al. v. Johnson & Johnson, et al.*, C.A. No. 3:05-416

      Northern District of Ohio

*Demetria Ann Bernard v. Ortho-McNeil Pharmacuetical, Inc.*, C.A. No. 3:05-7146

      Southern District of Ohio

*Melisa Arbino v. Johnson & Johnson, et al.*, C.A. No. 1:05-534

      Western District of Pennsylvania

*Janet Weaver Reardon, et al. v. Johnson & Johnson, et al.*, C.A. No. 2:05-562

      Western District of Texas

*Rebecca Jane Wahlig v. Johnson & Johnson, et al.*, C.A. No. 1:05-860

      Western District of Wisconsin

*Michael Brown, et al. v. Johnson & Johnson, et al.*, C.A. No. 3:05-668