**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **In re Ortho Evra Products Liability Litigation** | **MDL Docket No. 1742** |
| | **N.D. Ohio Case No: 1:06-40000** |
| | **Judge David A. Katz** |
| | **Case Management Order No. 1** |
| **This Document Applies to:** | **All Cases** |

The Court hereby designates the following counsel to act on behalf of the parties in the Ortho Evra Products Liability Litigation. The responsibilities of Lead Counsel, Liaison Counsel, and Steering Committee Members, will be described in detail in forthcoming Orders of the Court.

**Plaintiffs' Lead and**
**Liaison Counsel**:  Janet G. Abaray
            Lopez, Hodes, Restaino, Milman & Skikos
            312 Walnut Street, Suite 2090
            Cincinnati, Ohio 45202

**Plaintiffs' Steering Committee:**

**Co-Chair**    Ramon Lopez
         Lopez, Hodes, Restaino, Milman & Skikos
         450 Newport Center Drive, Second Floor
         Newport Beach, California

**Co-Chair**    Michael S. Burg
         Burg, Simpson, Eldredge, Hersh & Jardine
         40 Inverness Drive East
         Englewood, Colorado  80111

**Member**    Ray Chester
         McGinnis, Lochridge & Kilgore LLP
         919 Congress Ave., Suite 1300
         Austin, Texas  78701

| | |
|---|---|
| **Member** | Michael London<br>Douglas & London<br>111 John Street, 8th Floor<br>New York, New York  10038 |
| **Member** | Ellen Relkin<br>Weitz & Luxenberg, PC<br>180 Maiden Lane<br>New York, New York 10038 |
| **Member** | Jerrold Parker<br>Parker & Waichman, LLP<br>111 Great Neck Rd., First Floor<br>Great Neck, New York  11021-5402 |
| **Member** | Matthew Lundy<br>Lundy & Davis, LLP<br>333 N. Sam Houston Parkway East, Suite 375<br>Houston, Texas  77060 |
| **Member** | Robert Blanchard<br>Levin, Papantonio, Thomas, Mitchell, Echsner<br>& Procter, PA<br>316 S. Baylen St., Suite 600<br>Pensacola, Florida  32502-5996 |
| **Member** | Thomas Rogers<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, South Carolina  29464 |
| **Member** | Lori Andrus<br>Lieff, Cabraser, Heimann & Bernstein<br>275 Battery St., 30th Floor<br>San Francisco, California  94111-3339 |
| **Member** | Christopher A. Seeger<br>Seeger Weiss, LLP<br>550 Broad St., Suite 920<br>Newark NJ  07102 |
| **Member** | Michelle Parfitt<br>Ashcraft & Gerel<br>2000 L. St. N.W., Suite 400<br>Washington, D.C.  20036 |

**Plaintiffs'**
**Discovery Committee**

| | | |
|---|---|---|
| **Member** | | Richard Schulte |
| | | Botros, Behnke & Schulte |
| | | 5785 Far Hills Ave. |
| | | Dayton, Ohio  45429 |

**Member**  Richard Arsenault
Neblett, Beard & Arsenault
2220 Bonaventure Court
Alexandria, Louisiana  71301

**Member**  Samuel Lanham, Jr.
Cuddy & Lanham
470 Evergreen Woods
Bangor, Maine  04401

**Member**  Roger Denton
Schlichter, Bogard & Denton
100 South 4th St., Suite 900
St. Louis, Missouri  63102

**Member**  D. Mitchell Garrett
Garrett Law Office, P.C.
111 W. Fifth Street, Suite 800
Tulsa, Oklahoma  74103

It is anticipated that further appointments to existing Plaintiff Committees or the addition of further subcommittees will be approved, as necessary, as the litigation progresses.

**Defendants' Co-Lead**  Robert C. Tucker
**Counsel**  Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Ave
Cleveland, Ohio  44115-1475

Susan M. Sharko
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey  07932-1047

**Defendants' Liaison**  Julie A. Callsen
**Counsel**  Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Ave
Cleveland, Ohio  44115-1475

The Court directs Lead Counsel to confer as required under Rule 26(f) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

| March 16, 2006 | s/ David A. Katz |
|---|---|
| Date | David A. Katz<br>Senior U.S. District Judge |