UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ORTHO EVRA PRODUCTS LIABILITY LITIGATION | N.D. Ohio Case No. 1:06-40000<br><br>MDL Docket No. 1742 |
| This Document Relates To:<br><br>ALL CASES. | **CASE MANAGEMENT ORDER NO. 38** |

    The Court conducted a status conference with lead counsel on June 15, 2009. Another status conference is scheduled for July 20, 2009 at 10:00 a.m. with lead counsel.

    IT IS SO ORDERED.

                                         S/ *David A. Katz*
                                         DAVID A. KATZ
                                         U. S. DISTRICT JUDGE