UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ORTHO EVRA PRODUCTS LIABILITY LITIGATION | N.D. OHIO Case No. 1:06-40000<br><br>MDL Docket No. 1742 |
| This Document Relates To:<br><br>ALL CASES. | CASE MANAGEMENT ORDER NO. 38 (APPOINTING NEW COUNSEL TO THE PLAINTIFFS' LEADERSHIP COMMITTEES) |

This Court previously entered Case Management Order Nos. 1, 3, and 5 (Document Nos. 3, 9, and 30 respectively), appointing Plaintiff's Lead and Liaison Counsel, and various counsel as members of the Plaintiffs' Executive Committee ("PEC") and Plaintiffs' Steering Committee ("PSC"). The cases have been separated for discovery purposes into a "pre label" and "post label" track. The Court finds that the PEC and PSC have fulfilled their obligations as to the pre label cases and therefore the current PEC and PSC are relieved of their responsibilities with the appreciation of the Court.

As to all remaining and future cases (pre label or post label), the Court hereby appoints a new PSC consisting of:

    Plaintiffs' Lead Counsel:    Janet G. Abaray
    Burg Simpson Eldredge Hersh & Jardine, P.C.
    312 Walnut Street, Suite 2090
    Cincinnati, Ohio 45202

    Michael S. Burg
    Burg Simpson Eldredge Hersh & Jardine, P.C.
    40 Inverness Drive East
    Englewood, Colorado 80112

| | |
|---|---|
| Plaintiffs' Liaison Counsel: | Michael A. London<br>Douglas & London, P.C.<br>111 John Street, 14th Floor<br>New York, New York 10038 |
| Plaintiffs' Steering Committee: | Jerrold S. Parker<br>Parker, Waichman & Alonso, LLP<br>111 Great Neck Rd., First Floor<br>Great Neck, New York 11021-5402<br><br>Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>P.O. Drawer H<br>106 W. 7th Street<br>Reserve, LA 70084<br><br>Howard L. Nations<br>The Law Offices of Howard L. Nations, P.C.<br>4515 Yoakum Blvd.<br>Houston, TX 77006 |

The Court expresses its gratitude to all counsel for their service to the MDL plaintiffs and the Court.

Lead and Liaison Counsel for Defendants shall remain unchanged.

**IT IS SO ORDERED.**

Dated July 23, 2009

                                                  *s/ David A. Katz*
                                                  DAVID A. KATZ
                                                  U.S. DISTRICT JUDGE